WICK BUILDING SYSTEM INC., BUDGER HOMES DIVISION, Plaintiff-Appellee, *v.* EPHRAIM DOHNER *et al.,* Defendants-Appellants.

(No. 56476;

First District (5th Division)—March 16, 1973.

Opinion by Mr. JUSTICE ENGLISH.

Kessler, Greenhouse & Brusso, of Chicago, (Charles N. Brusso and Hyman J. Addison, of counsel,) for appellants.

Stuart M. Weis, of Chicago, for appellee.

OSCAR DIXON, Plaintiff-Appellant, *v.* WILLIAM E. CAHILL *et al.,* Defendants-Appellees.

(No. 56499;

First District (5th Division)—March 16, 1973.